No. 24,903.

THE COMMERCIAL NATIONAL BANK OF INDEPENDENCE, *Appellee*,
v. D. F. URSCHEL, *Appellant*.

Appeal from Marion district court; CASSIUS M. CLARK, judge. Opinion
filed January 12, 1924. Reversed.

*John Madden, John Madden, jr., J. T. Rogers*, all of Wichita, and *Dennis
Madden*, of Topeka, for the appellant.

*A. L. Billings*, of Independence, for the appellee.

The opinion of the court was delivered by

MASON, J.: Upon the grounds set out in *Consolidated Motors
Company v. Urschel*, just decided (*ante*, p. 147), which is in all ma-
terial, respects like the present case, the judgment is reversed with
directions, inasmuch as the plaintiff elected to submit the case to the
court for judgment upon the admissions made without attempting
to prove that it acquired the note in good faith in ignorance of the
fraud, to render judgment for the defendant unless a trial of that
issue be allowed on the plaintiff's application.